Court of Appeals for the Eighth Circuit denied. *Mr. George E. H. Goodner* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. David E. Hudson* and *James W. Morris* for respondent.

No. 107. MARSHALL *v.* SOUTH CAROLINA TAX COM- MISSION ET AL. October 14, 1935. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Mr. Lionel K. Legge* for petitioner. *Messrs. John M. Daniel* and *J. Fraser Lyon* for respondents.

No. 112. MACRAE ET AL., EXECUTORS, ET AL. *v.* GUY, TRUSTEE, ET AL. October 14, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. George E. Sullivan* and *Albert W. Fox* for petitioners. *Messrs. Frederic B. Warder, Stanton C. Peelle,* and *Dale D. Drain* for respond- ents.

No. 113. LILY-TULIP CUP CORP. ET AL. *v.* AMERICAN LACE PAPER Co. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. S. Mortimer Ward* for petitioners. *Mr. Drury W. Cooper* for respondent.

No. 118. BUIE *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. William R. Watkins* and *J. Forrest McCutcheon* for petitioner.